AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DEBRA DYE BROCK,**

       **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**vs.**

                              **CASE NO.  C2-06-257**
**HONDA OF AMERICA MFG., INC.,**    **JUDGE EDMUND A. SARGUS, JR**
                              **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendant.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed December 14, 2007, JUDGMENT is hereby entered in favor of the Defendant.  This case is DISMISSED.**

Date: December 14, 2007                 JAMES BONINI, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk